IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03343-RPM

NICHOLAS J. RADER,

      Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC., and
ADAM ROESELER,

      Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: March 18th, 2015

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____

.                                           Richard P. Matsch, Senior District Judge