IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03343-RPM

NICHOLAS J. RADER,

      Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC., and
ADAM ROESELER,

      Defendants.

___

ORDER ON MOTION TO AMEND COMPLAINT

___

On July 6, 2015, the plaintiff filed a motion to amend complaint to add a claim for punitive damages (Doc. 24). In this court punitive damages are not considered a separate claim for relief and the jury may be instructed to consider punitive damages if the evidence at trial warrants such relief. Rather than making a preliminary determination that punitive damages may be available in this case, the question of the availability of that additional relief will be determined at trial.  Accordingly, it is

ORDERED that the motion to amend complaint is denied.

Dated:   July 31st, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

.                             Richard P. Matsch, Senior District Judge