IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03343-RPM

NICHOLAS J. RADER,

      Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC.,
and ADAM ROESELER,

      Defendants.

_____

**ORDER GRANTING JOINT MOTION TO
AMEND THE SCHEDULING ORDER(DOC. # 17)**
_____

      This matter is before the Court on the Parties. Joint Motion to Amend the Scheduling Order (Doc. #17) (the .Motion.). After reviewing the Motion, the Court finds that good cause exists to amend the Scheduling Order and provide additional time for discovery.

      Therefore, the Parties' Motion is GRANTED. The Scheduling Order (Doc. #17) is hereby amended to extend the discovery cut-off date to, and including, October 30, 2015, and to extend the dispositive motions deadline to, and including, November 30, 2015.

      August 18, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch
                                    Senior District Judge