IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03343-RPM

**NICHOLAS J. RADER,**

Plaintiff,

v.

**ENSIGN UNITED STATES DRILLING, INC.,** a Colorado corporation, also known or doing business as Ensign Drilling, and sometimes referred to as Ensign Rockies, and
**ADAM ROESELER,**

Defendants.

---

## ORDER APPROVING THE LENGTH OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

THIS MATTER came before the Court on Plaintiff's Motion for Approval of the Length of his Response to Defendants' Motion for Summary Judgment. Good cause has been set forth and established. The Motion should be granted. It is, therefore,

ORDERED that proposed length of Plaintiff's response to Defendants' Motion for Summary Judgment is approved. *This court does not impose limits on filings.*

Dated: December 30, 2015

BY THE COURT:

*[signature]*
Richard P. Matsch, Senior Judge