**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03343-RPM

**NICHOLAS J. RADER**,

Plaintiff,

v.

**ENSIGN UNITED STATES DRILLING, INC.**, a Colorado corporation, also known or doing business as Ensign Drilling, and sometimes referred to as Ensign Rockies, and
**ADAM ROESELER**,

Defendants.

**ORDER ALLOWING THE FILING OF PLAINTIFF'S
*TABLE OF CONTENTS*
FOR HIS RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER came before the Court on Plaintiff's Unopposed Motion to File His Table of Contents for His Response (Doc. No. 39) to Defendants' Motion for Summary Judgment. Good cause has been shown. The Motion is granted. It is, therefore,

ORDERED that Plaintiff's "Table of Contents" for his Response to Defendants' Motion for Summary Judgment is approved for filing and will be considered with the Response filed January 14, 2016.

Dated   January 16, 2016

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
Senior U.S. District Judge