IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03343-RPM

NICHOLAS J. RADER,

     Plaintiff,

v.

ENSIGN UNITED STATES DRILLING, INC., and
ADAM ROESELER,

     Defendants.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

     The Court having determined that a pretrial conference should now be scheduled, it is

     ORDERED that a pretrial conference is scheduled for **May 11, 2016, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **May 6, 2016.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

Dated:   March 24, 2016

BY THE COURT:

s/Richard P. Matsch

.                                            _____
                                             Richard P. Matsch, Senior District Judge